# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| April Deptula, <br><br> Plaintiff, <br><br> v. <br><br> Upstate Management Services, LLC, <br><br> Defendant. | Case No. 3:10-cv-704-slc <br><br><br> **MOTION TO WITHDRAW APPEARANCE** |

Attorney Timothy J. Sostrin ("Sostrin"), of Legal Helpers, P.C., hereby moves this Honorable Court for leave to withdraw his appearance for plaintiff April Deptula ("Deptula"). In support hereof, Sostrin states as follows:

1. Sostrin is ending his employment at Legal Helpers, P.C.

2. Attorney Jeffrey S. Hyslip ("Hyslip"), also of Legal Helpers, P.C., has already entered an appearance on behalf of Deptula and will continue to represent Deptula in this case.

3. Neither Deptula nor Defendant will be prejudiced by Sostrin's withdrawal as Deptula's continued representation by Hyslip will allow proceedings to continue without delay.

4. As indicated below, this Motion has been served upon Deptula and all counsel of record.

WHEREFORE, Sostrin respectfully requests that this Honorable Court grant him leave to withdraw his appearance for Deptula.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Timothy J. Sostrin
Timothy J. Sostrin, IL - 6290807
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606

Telephone: 312-753-7576  
Fax: 312-822-1064  
Email: tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2011, I electronically filed the foregoing motion via the Court's CM/ECF system, which will perfect service upon the following:

Jeffrey S. Hyslip  
LEGAL HELPERS, P.C.  
jsh@legalhelpers.com

I also certify that on March 16, 2011, I served Plaintiff with the foregoing motion by depositing a copy of the same in the U.S. mail addressed as follows:

April Deptula  
971 Wisconsin River Drive  
Port Edwards, WI 54469

/s/ Timothy J. Sostrin